```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:12cr188-MHT
CHARLES DEAN PARTIN         )          (WO)
```

OPINION AND ORDER

This cause is before the court on defendant Charles Dean Partin's oral motion to continue made on September 9, 2013, in an on-the-record telephone conference. The government does not oppose Partin's request. For the reasons set forth below, the court finds that jury selection and trial, now set for November 18, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a

>   defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance. § 3161(h)(7)(B)(ii).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Partin in a speedy trial. Mr.

Partin is currently in the custody of Bureau of Prisons officials, undergoing a mental-health evaluation to determine whether he is able to stand trial. Those officials have indicated that they will not be able to complete the evaluation and prepare a report for the court until November 26, after the current trial date of November 18. Given these circumstances, it is necessary to continue the trial date to allow this mental-health evaluation to be concluded.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Charles Dean Partin's oral motion for continuance is granted.

(2) The jury selection and trial, now set for November 18, 2013, are reset for January 27, 2014, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 11th day of September, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE