IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:12cr188-MHT
CHARLES DEAN PARTIN         )          (WO)
```

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 146) and the objections filed by defendant Charles Dean Partin (doc. no. 152); and after an independent and de novo review of the record, including the transcript of the hearing before the Magistrate Judge, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Charles Dean Partin's objections (doc. no. 152) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 146) is adopted.

(3) Defendant Partin's motion to suppress (doc. no. 41) is denied.

DONE, this the 6th day of December, 2013.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE