IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:12cr188-MHT
CHARLES DEAN PARTIN         )         (WO)
```

## ORDER

Based on representations made in camera by defendant Charles Dean Partin and his attorneys on December 17, 2013, it is ORDERED, and the court so finds factually, that, although he declines to communicate with his attorneys except in writing, defendant Partin does not challenge the adequacy of his attorneys' representation nor is he dissatisfied with his attorneys' representation.

DONE, this the 18th day of December, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE