IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )    CRIMINAL ACTION NO.
                             )       2:12cr188-MHT
CHARLES DEAN PARTIN          )          (WO)
```

### ORDER

After a review of the record in this case, including the representations made in open court on December 17, 2013, it is ORDERED, and the court so finds factually, that the defendant Charles Dean Partin's refusal to communicate with his attorneys and with the court except in writing is not due to any mental or physical impediment but is the result of defendant Partin's own knowing and voluntary decision.

In reaching this factual conclusion, the court relies on not only its own observations but also on the mental-health evaluations of defendant Partin. In particular, the court notes that the more recent evaluation of defendant Partin observed that, "during

interviews in the current evaluation, he was frequently mute and only provided one word answers when speaking with the examiner." Forensic Report of Dr. Judith Campbell, Ph.D., dated November 25, 2013 (Doc. No. 156) at 2-3. "However, he was observed communicating openly with other inmates as well as with correctional staff on the compound." Id. at 3. "During a final interview with the examiner, when confronted about his inconsistent behavior, Mr. Partin became loud, angry, and argumentative. When asked about his difficulty communicating more openly, he stated 'you all are mean to me.'" Id. at 5.

    DONE, this the 18th day of December, 2013.

                                                   /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE