IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
v. ) CRIMINAL ACTION NO.
) 2:12cr188-MHT
**CHARLES DEAN PARTIN** ) (WO)

## ORDER

On December 17, 2013, the court held a hearing regarding the motion filed by the guardian ad litem to permit the minor witness in this case to testify at trial by closed-circuit video.  Having considered the testimony and argument presented at that hearing and at a conference call held on the record on December 19, the court is of the opinion that additional expert testimony is required in order to resolve properly the guardian's motion.  The court therefore intends to appoint at least one expert to assist it in resolving the motion.

\*\*\*

Accordingly, it is ORDERED that the guardian ad litem's motion for two-way closed-circuit television

testimony at trial (Doc. No. 127) is referred to the magistrate judge for the purpose of assisting the court in finding an expert or experts.

    DONE, this the 23rd day of December, 2013.

                                              <u>/s/ Myron H. Thompson</u>
                                              UNITED STATES DISTRICT JUDGE