IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr188-MHT** |
| | ) | **(WO)** |
| **CHARLES DEAN PARTIN** | ) | |

### ORDER

It is ORDERED that the motion to supplement voucher (doc. no. 333), filed by Honorable Terrie Scott Biggs, as counsel for A.L., is granted.  However, this order does not resolve how much will actually be paid to Attorney Biggs.

DONE, this the 26th day of May, 2015.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**