IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr188-MHT |
| | ) | (WO) |
| CHARLES DEAN PARTIN | ) | |

ORDER

It is ORDERED as follows:

(1) Honorable Terrie Scott Biggs was appointed guardian ad litem for A.L. pursuant to 18 U.S.C. § 3509(h).

(2) Attorney Biggs's CJA vouchers (the original and any supplementals) are to be treated as invoices to the court; the invoices are to be reviewed by the clerk of the court in the same manner as CJA vouchers are reviewed; the court is then to review the invoices for reasonableness; and, to the extent the invoices are reasonable, they are to be paid out of the decentralized court funds.

DONE, this the 26th day of May, 2015.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE