IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr188-MHT** |
| | ) | **(WO)** |
| **CHARLES DEAN PARTIN** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 16, 2015 (doc. no. 340), affirming the judgment of conviction and sentence pronounced in this case as to defendant Charles Dean Partin on March 5, 2015, and entered on March 12, 2015 (doc. no. 323), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 15, 2016, and received in the office of the clerk of this court on January 15, 2016 (doc. no. 342), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Charles Dean Partin on March 5, 2015, and entered on

March 12, 2015 (doc. no. 323), is continued in full force and effect.

DONE, this the 15th day of January, 2016.

                                             /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**